FOR PUBLICATION

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

AUG 28 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **SOPHIA DAIRE**, <br><br> Petitioner - Appellant, <br><br> v. <br><br> **MARY LATTIMORE, Warden**, <br><br> Respondent - Appellee. | No. 12-55667 <br><br> D.C. No. 2:10-cv-03743-DMG-AJW <br><br> **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.